UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA M. ZUCCARI,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | **Case No.: 2:18−cv−2114 AB (RAOx)**<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE |

The Court previously dismissed this action after the parties filed a Joint Report informing the Court that the parties' reached a settlement agreement. Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and
2. Each party is to bear its/his own fees and costs;

**IT IS SO ORDERED.**

Dated: July 15, 2019

_____
HONORABLE ANDRÉ BIROTTE JR
UNITED STATES DISTRICT JUDGE